# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ROSA ALVAREZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:17-cv-431 |
| ALL JANITORIAL SERVICES, INC., | § § | (Judge Mazzant/Judge Johnson) |
| Defendant. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 6, 2017, the report of the Magistrate Judge (Dkt. #8) was entered containing proposed findings of fact and recommendations that all matters in controversy between Plaintiff Rosa Alvarez and Defendant All Janitorial Services, Inc., have been fully and completely compromised and settled and that Plaintiff no longer desires to pursue this cause or any claims against Defendant, and, therefore, this matter should be dismissed pursuant to the parties' Joint Stipulation of Dismissal with Prejudice (Dkt. #7).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this 21st day of November, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE